**Al Malik Wilcher**

vs.   **Mecklenburg File No. 22 CVS 18924**

**Progressive Southeastern Insurance Company**

I, Courtney H. Ethridge, a Special Deputy duly appointed for the purpose, do hereby accept service of the **Civil Summons and Complaint** in this action and acknowledge receipt of a copy of the same, under the provision of the North Carolina General Statute Section 58-16-30 as process agent for **Progressive Southeastern Insurance Company.**

This the **12th** day of **December, 2022.**

Mike Causey
Commissioner of Insurance

Courtney H. Ethridge
Special Deputy for
Service of Process